IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50938
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

ANTOINE GUICE, also known as G Money,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
(97-CR-12-ALL)
- - - - - - - - - -

February 25, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

    Defendant-Appellant Antoine Guice appeals his guilty-plea conviction and sentence for use of a communication device to facilitate the commission of a felony, in violation of 21 U.S.C. §§ 841(a)(1) and 843(b).

    Guice first complains that the Government violated 18 U.S.C. § 201(c)(2) by offering Robert White leniency in exchange for his trial testimony and that such violation justifies the withdrawal of

_____

        [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

Guice's subsequent guilty plea.  His argument is foreclosed by our precedent.  See United States v. Webster, 162 F.3d 308, 357-58 (5th Cir. 1998); United States v. Haese, 162 F.3d 359, 366 (5th Cir. 1998).

Guice also argues that the district court erred in denying his motion to withdraw his guilty plea and that the district court's drug-quantity calculation was erroneous.  We require that issues be briefed on appeal and do not consider issues that appellants fail to brief.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993); United States v. Wilkes, 20 F.3d 651, 653 (5th Cir. 1994); FED. R. APP. P. 28(a)(9).  Guice has abandoned these issues by failing to brief them.  Yohey, 985 F.2d 224-25

AFFIRMED.